**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Facsimile 973-696-8571
Carlos D. Martinez
cmartinez@Scura.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re:  | Chapter 13 |
|---|---|
|  | Case No. 19-32010RG |
| COLETTE LUCCA, | Honorable Rosemary Gambardella |
| Debtor. | Hearing Date: February 19, 2020 @ 10 a.m. |

### BRIDGE ORDER CONTINUING THE AUTOMATIC STAY AS TO
### ALL CREDITORS

The relief set forth on the following pages, numbered two (2), is hereby

**ORDERED.**

1-16-20

_____
USBJ

Debtor: Rosemary Gambardella
Case No.: 19-32010RG
Page 2 of 2

Caption of Order: Bridge Order Continuing the Automatic Stay as to All Creditors

THIS MATTER having been brought before the Court by the debtor seeking an Order extending the Automatic Stay as to all creditors pursuant to 11 U.S.C. § 362(C)(3)(B) (Docket No. 8); and an order granting the continuation of the stay until February 19, 2020 was entered on January 15, 2020 (Docket No. 18); and the hearing to extend the stay will be heard on February 19, 2020; the Court finding that good cause exists for continuing the stay as provided for in this order;

**IT IS hereby ORDERED that:**

1. The Automatic Stay shall continue in force and effect as to all creditors for an additional 35 days, or until February 19, 2020.